## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL GUARDIOLA,  :
  :
   Petitioner,  :
  :
v.  :  **3:13-CV-02621**
  :  **(JUDGE MARIANI)**
DONNA ZICKEFOOSE,  :
  :
   Respondent.  :

## ORDER

**AND NOW, THIS 11TH DAY OF AUGUST, 2014**, upon review of Magistrate Judge

Carlson's Report and Recommendation (Doc. 7) for clear error and manifest injustice,

Petitioner's Petition for Writ of Habeas Corpus (Doc. 1), and all related filings, **IT IS**

**HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 7) is **ADOPTED**, for the reasons

   stated therein.

2. Petitioner's Petition for a Writ of *Habeas Corpus* (Doc. 1) is **DENIED**.

3. A Certificate of Appealability shall **NOT ISSUE**

4. The Clerk of Court is **DIRECTED** to close the case.

FILED
SCRANTON

AUG 1 1 2014

PER _____
       DEPUTY CLERK

_____
Robert D. Mariani
United States District Judge